UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lloyd Harmon, | |
| Plaintiff, | |
| -against- | |
| Commissioner of Social Security, | |
| Defendant. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/25/2025__

24 Civ. 9216 (AT) (KHP)

**ORDER ADOPTING
REPORT AND
<u>RECOMMENDATION</u>**

ANALISA TORRES, District Judge:

Plaintiff, Lloyd Harmon seeks judicial review under 42 U.S.C. § 405(g) of a decision by the Commissioner of Social Security (the "Commissioner") denying his application for Social Security Disability Insurance. *See generally* Compl., ECF No. 1. The Court referred this matter to the Honorable Katherine H. Parker. ECF No. 11. On March 7, 2025, the Commissioner moved to dismiss the complaint under Federal Rule of Civil Procedure 12(b)(6) as untimely. *See* Mot., ECF No. 12; *see also* Mem., ECF No. 13. Plaintiff did not oppose the motion.

On September 29, 2025, after careful consideration, the Judge Parker issued a report (the "R&R") recommending that the Commissioner's motion to dismiss be granted. *See* R&R, ECF No. 17. Despite notification of the right to object to the R&R, no objections were filed, and the time to do so has now passed. *See id.* at 7; *see* Fed. R. Civ. P. 72(b)(2); Fed R. Civ. P. 6(d). Because no objection was made, the Court reviews the R&R for clear error. *Santiago v. Colvin*, No. 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014). The Court finds no clear error in Judge Parker's thorough and well-reasoned R&R.

Accordingly, the Court ADOPTS the R&R in its entirety. The Commissioner's motion to dismiss is GRANTED.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 12 and close the case.

SO ORDERED.

Dated: November 25, 2025
New York, New York

_____
ANALISA TORRES
United States District Judge