**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
LLOYD HARMON,

               Plaintiff,                   24 **CIVIL** 9216 (AT)(KHP)

      -against-                        **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated November 25, 2025, the Court ADOPTS the R&R in its

entirety. The Commissioner's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
        November 26, 2025

                            **TAMMI M. HELLWIG**
                            _____
                               **Clerk of Court**

             **BY:**    _____
                         **Deputy Clerk**